IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AUSTIN THOMAS,

    Petitioner,

v.                                         CASE NO. 5:12-cv-254-RS-CJK

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 21). No objections were filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The petition for writ of habeaus corpus (Doc. 1), challenging the judgment of conviction and sentencing in *State of Florida v. Austin Cullin Thomas*, Bay County, Florida Circuit Court Case Numbers 09-1777 and 09-2465, is **DISMISSED with prejudice**.

3. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

4. The Clerk is directed to close the file.

**ORDERED** on April 29, 2014.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
